**Order entered May 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00485-CR

### CLEVELAND NIXON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 6
### Dallas County, Texas
### Trial Court Cause No. F11-21243-X

## ORDER

Appellant is appealing the trial court's order April 2, 2015 order denying his request for a bond pending appeal. This is an accelerated criminal appeal under Texas Rule of Appellate Procedure 31.

We note that the reporter's record from the October 14, 2014 hearing on appellant's motion for an appeal bond was filed with the record for the appeal of appellant's underlying conviction, docketed as cause no. 05-14-01627-CR. Accordingly, we **DIRECT** the Clerk to transfer the reporter's record of the October 14, 2014 hearing, designated as Volume 5 of 5, from cause no. 05-14-01627-CR into the above appeal.

We received a clerk's record in this appeal on April 29, 2015. However, the clerk's record does not contain the documents related to appellant's motion for an appeal bond.

Specifically, it does not contain appellant's , appellant's January 2, 2015 "motion for reasonable bail pending appeal," the trial court's April 2, 2015 order denying appellant's motion for an release on an appeal bond, or the trial court's certification of appellant's right to appeal in this proceeding.

Accordingly, we **ORDER** the trial court to prepare a certification of appellant's right to appeal, for inclusion in the clerk's record, within **TEN DAYS** of the date of this order. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** the Dallas County District Clerk to file, within **MAY 29, 2015** a supplemental clerk's record containing all of the documents related to appellant's motion for bond on appeal, including the motion, the trial court's order, and the trial court's certification of appellant's right to appeal.

Appellant's brief is due by **JUNE 17, 2015**. The State's brief is due by **JULY 6, 2015**. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The appeal will be submitted, without argument, on **AUGUST 3, 2015** to a panel consisting of Justices Bridges, Lang, and Schenck. *See* TEX. R. APP. P. 31.2

We **DIRECT** the Clerk to send copies of this order to the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 6; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE